| Date | Pleading Number | |
|---|---|---|
| 11/20/72 | 1 | MOTION OF PLAINTIFF, WHITE INDUSTRIES, INC. to consolidated two actions; (1 W.D. Mo.) (1 D. Kansas) pursuant to 28 U.S.C. §1407 in the W.D. Missouri and assignment to Judge Hunter. Brief, and proof of service. |
| 12/5/72 | | DELBERT L. ROSKAM, CESSNA AIRCRAFT CO. request for extension of time to file and serve response to motion |
| | | ORDER extending to all parties 12/20/72 to file and serve response to motion |
| 12/6/72 | | CESSNA FINANCE CORP. V. WHITE IND. INC., ET AL., W.D.MO, 19925-4 ORDER TO SHOW CAUSE entered today. Notified counsel, involved judge. |
| 12/6/72 | | SKYWAYS, INC. request for extension of time to Dec. 20, 1972 to file and serve response to motion w/cert. of service |
| 12/6/72 | | FLORIDA AIRCRAFT DISTRIBUTORS, INC. request for extension of time to file and serve response to motion w/cert. of service |
| 12/22/72 | 2. | CESSNA FINANCE CORP. response to Show Cause Order. |
| 12/27/72 | | A. F. LIQUIDATING INC. -- request for 30-day extension from 12/20/72. |
| 12/29/72 | | A.F. LIQUIDATING, INC. -- ORDER ext. to & incl. 1/12/72 to respond to mot. |
| 12/29/72 | 3. | WHITE INDUSTRIES, INC. & FRANK TERRY WHITE., Response of., to SCO. |
| 1/2/73 | | MOVANTS ltr. advising service made on A. F. Liquidating, Inc. |
| 1/3/73 | | HEARING ORDER - Setting A-1 through B-1, hearing, Los Angeles, Calif. Jan. 26, 1973, Notified counsel, involved judges. |
| 1/11/73 | 4. | WHITE IND. V. DELBERT L. ROSKAM, D. KANSAS, KC 3518 Motion of Defendant A. F. Liquidating for order excepting transfer of action under 28 U.S.C. §1407 w/cert. of service. |
| 5/31/73 | | CONSENT OF TRANSFEREE COURT for Judge William H. Becker to handle litigation |
| 5/31/73 | | OPINION AND ORDER - transferring Kansas action to the W.D. Missouri and assigning same to Judge William H. Becker for coordinated or consolidated pretrial proceedings with the two actions pending in the W.D. Mo. |
| 6/14/78 | 5 | MOTION TO TRANSFER/BRIEF -- Cessna Aircraft Company -- w/schedule and cert. of service (C-1) Cessna Aircraft Co. v. Skyways, Inc., et al., D. Kansas, C.A. No. 76-109-C6 (cds) |
| 6/22/78 | | REQUEST FOR EXTENSION OF TIME -- Defendants in C-1 -- GRANTED TO AND INCLUDING 7/11/78 (cds) |
| 6/26/78 | | APPEARANCE -- ALLAN HORWICH, ESQ. FOR Skyways, Inc. (cds) |
| 6/26/78 | | APPEARANCE - EDWARD A. MCCONWELL, ESQ. FOR White Industries, Inc. (cds) |
| 6/26/78 | 6 | RESPONSE/MEMORANDUM IN OPPOSITION TO TRANSFER -- White Industries -- w/cert. of service (cds) |
| 6/29/78 | | HEARING ORDER -- Regarding (C-1) The Cessna Aircraft Co. v. Skyways, Inc., et al., D. Kansas, C.A. No. 76-109-C6 -- Motion of plaintiff Cessna Aircraft Co. for transfer of this action to W.D. Mo. -- In L.A., 7/28/78 |
| 6/30/78 | | Designation of counsel to receive service for A. F. Liquidating, Inc. and Business Aircraft Distributors, Inc. -- by their attorney Paul L. Wickens, Esq. (ea) |
| 6/29/78 | | APPEARANCE -- COLVIN A. PETERSON, JR. FOR Dad. Inc. and Vincent DeSciose, Jr., (Cds) |
| 7/5/78 FOR FILING RESPONSE ONLY | | APPEARANCE -- Joseph M. David, Jr. for defendants Mountain Aircraft Distributors, Inc., Skyliners Distributors, Inc., Airflite, Inc. South, Airflite, Inc. North, Skyways, Inc., Mil Walston, Walston Aviation Sales, Inc., Southaire, Inc., Aviation Activities, Inc., Vincent Desciose, Jr.; Dad, Inc. Siy Harbor Air Service, Inc., Omaha Airplane Supply, Inc. and Skyways Air Credit Corp. for purposes of filing response to motion to transfer (pdh) |

JPML FORM 1A  DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 123 -- IN RE CESSNA AIRCRAFT DISTRIBUTORSHIP ANTITRUST LITIGATION

| Date | No. Code | |
|---|---|---|
| 7/11/78 | 7 | RESPONSE, MEMORANDUM IN OPPOSITION TO TRANSFER (for pleading #5) -- A. F. Liquidating, Inc., and Business Aircraft Distributors. (ea) |
| 7/11/78 | 8 | RESPONSE, MEMORANDUM IN OPPOSITION TO TRANSFER (for pleading #5) -- Mountain Aircraft Distributors, Inc., et al. (ea) |
| 7/12/78 | | CORRECTED FIRST PAGE OF PLEADING NO. 8 -- Mountain Aircraft Co. (cds) |
| 7/18/78 | 9 | REPLY BRIEF (re: pleading #5) -- A. F. Liquidating & Business Aircraft Distributors w/cert. of svc. (ea) |
| ~~7/16/78~~ | ~~10~~ | |
| 7/24/78 | | HEARING APPEARANCE FOR July 28, 1978
ALAN I. BECKER, ESQ. for Cessna Aircraft Corp.
THOMAS E. DEACY, JR., ESQ. for Cessna Aircraft Corp.
JOSEPH M. DAVID, JR., ESQ. for Mountain Aircraft Distr. Inc.
XXXXEDWARDXXX Skyway, Inc., DAD, Inc., Skyways Air Credit Corp. Airflight, Inc. North and Airflight, Inc. South
EDWARD A. MCCONWELL for White Industries, Inc.
JOHN A. COCHRANE, ESQ. for White Industries, Inc.
FRED F. GREGORY, ESQ., PAUL L. WICKENS, ESQ. for A. F. Liquidating, Inc. and Business Aircraft Distr., Inc.
FLOYD A. MANDELL, ESQ. AND DONALD E. EGAN, ESQ. for Walston Aviation Sales, Inc., Southaire, Inc. and Aviation Activities, Inc. |
| 8/10/78 | | ORDER -- REQUESTING COUNSELS PERMISSION TO HAVE PANEL JUDGES (rew) ABSENT FROM JULY 28th HEARING PARTICIPATE IN PANEL DECISION -- Objections are to be received by the Panel by August 29, 1978 (cs) |
| 8/29/78 | 10 | SUPPLEMENTAL BRIEF -- Movant Cessna Aircraft Company -- w/cert. of service (cds) |

DOCKET NO. 123 -- IN RE CESSNA AIRCRAFT DISTRIBUTORSHIP ANTITRUST LITIGATION

| Date | Ref | Pleading Description |
|---|---|---|
| 11/13/78 | | OPINION AND ORDER -- Denying transfer of (C-1) The Cessna Aircraft Co. v. Skyways, Inc., et al., D. Kansas, #76-109-C6 -- Notified counsel, clerks and judges (cs) Judge Roy W. Harper and Judge Andrew A. Caffrey dissents in the opinion and order |
| 84/02/29 | | ORDER to reassign litigation to Judge Roberts signed by Chief Judge Russell Clark (emh) |
| 84/02/29 | | ORDER REASSIGNING LITIGATION -- to the Honorable Ross T. Roberts pursuant to 28 U.S.C. §1407. (emh) |

Closed 3/13/87

## Description of Litigation

DOCKET NO. 123 -- IN RE CESSNA AIRCRAFT DISTRIBUTORSHIP ANTITRUST LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s): 1-26-83

Date(s) of Opinion(s) or Order(s): 5/31/73  11/3/78

Consolidation Ordered: xxx +    Name of Transferee Judge: ~~WILLIAM H. BECKER~~ ROSS T. ROBERTS

Consolidation Denied: ____    Transferee District: WESTERN DISTRICT OF MISSOURI  (866)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | White Industries, Inc., v. Delbert L. Roskam, et al. | D. Kansas O'Connor | KC 3518 | 5/31/73 | 73C... | 3/13/87 | Motion 11/20 |
| A-2 | White Industries, Inc. v. The Cessna Aircraft Co. | W.D.MO ~~Hunter~~ | 20245-43 ~~Hunter~~ | | | 10/2/86 D | Motion 11/20 |
| B-1 | Cessna Finance Corp. v. White Industries, Inc., et al. | W.D. Mo. ~~Hunter~~ | 19925-43 | | | 6/30/80 | SCO-12/5/72 |
| | Verified Correct July 1976 ditto July 1977 ditto July 1978 " July 1979 " July 1980 | | 1 Tr XY2 3 pending | | | | |
| C-1 | The Cessna Aircraft Co. v. Skyways, Inc., et al. July 1981 July 1982 July 1983 July 1984 | D.Kansas Theis | 76-109-66  1 dis / 2 Bg. same same same | | | Denied 11/13/78 - O+O July 1985 - same July 1986 - same July 1987 - 1 Dis / 1 Pdg. July 1988 - 1 dis Docket Closed | |

# LIAISON COUNSEL

p. _____

**ATTORNEY SERVICE LIST**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

DOCKET NO. 123 -- IN RE CESSNA AIRCRAFT DISTRIBUTORSHIP ANTITRUST LITIGATION

| Plaintiff | Defendant |
|---|---|
| WHITE INDUSTRIES, INC.<br>　Edward W. McConwell, Esquire<br>　6701 W. 64th St., - Suite 210<br>　Cloverleaf V. Building<br>　Overland Park, Kansas  66202<br>　　　(913-262-0606)<br><br>MIL WALSTON; WALSTON AVIATION SALES, INC.: SOUTHAIRE, INC.; AND AVIATION ACTIVITIES, INC.<br>Russell L. Swarthout<br>8900 Each Jefferson Avenue<br>Detroit, Michigan  48202<br><br>Donald E. Egan<br>Katten, Muchin, Gitles, Zavis,<br>　Pearl and Galler<br>4100 Mid-Continental Plaza<br>55 East Monroe Street<br>Chicago, Illinois  60603<br><br>AIRFLITE, INC., SOUTH<br>AIRFLITE, INC., NORTH<br>George A. Lowe<br>Lowe, Terry, & Roberts<br>Colonial Building<br>110 West Loula<br>Oloathe, Kansas  66061<br><br>Joseph M. David, Jr.<br>Stinson, Mag, Thomson, McEvers<br>　& Fizzell<br>2100 Ten Main Center<br>Kansas City, Missouri  64105<br><br>Edwin Freston<br>Argue, Freston & Myers<br>626 Wilshire Boulevard -- 10th Floor<br>Los Angeles, CA | LIAISON COUNSEL APPOINTED BY ORDER OF JUDGE BECKER DATED 7/13/73<br><br>THE CESSNA AIRCRAFT CO.<br>MIL WALSTON<br>WALSTON AVIATION SALES, INC.<br>SOUTHAIR, INC.<br>DAD, INC.<br>VINCENT DESOISE, JR.<br>SKYLINERS DISTRIBUTING, INC.<br>HAROLD GORRELL<br>AVIATION ACTIVITIES, INC.<br>CESSNA FINANCE CORP.<br>DELBERT L. ROSKAM<br>FLORIDA AIRCRAFT DISTRIBUTORS, INC.<br>AIR FLITE, INC., SOUTH<br>L. W. HUNT<br>SKYWAYS, INC.<br>CAPITOL AVIATION, INC.<br>DWANE L. WALLACE<br>ROBERT P. BAUER<br>EDWARD D. CHASE<br>AIRFLITE, INC., NORTH<br>A. F. LIQUIDATING CO., INC.<br>SKYWAYS AIRCREDIT CORP.<br>MODERN AIRCRAFT DISTRIBUTORS, INC.<br>SUN AIR ELECTRONICS, INC.<br>PENNANT AVIATION, INC.<br>SKYHARBOR AIR SERVICES, INC.<br>OMAHA IARLINES SUPPLY. INC.<br><br>Thomas E. Deacy, Jr.<br>Deacy & Deacy<br>2300 Bryant Building<br>1102 Grand Avenue<br>Kansas City, Missouri  64106 |

| Plaintiff | Defendant |
|---|---|
| <u>SKYWAYS, INC.</u><br>Allan Horwich<br>Schiff, Hardin & Waite<br>7200 Sears Tower<br>233 South Wacker Drive<br>Chicago, Illinois  60606 | <u>SKYWAYS AIR CREDIT CORPORATION</u><br>Ralph J. Lowe<br>101-09 First Security Bank Building<br>Ogden, Utah  84401 |
| VINCENT DeSCIOSE, JR.<br><u>DAD, INC.</u><br><br>Colvin A. Peterson, Jr.<br>Watson, Ess, Marshall & Enggas<br>1500 Home Savings Building<br>1006 Grand Avenue<br>Kansas City, Missouri  64106 | |
| MOUNTAIN AIRCRAFT DISTRIBUTORS, INC.<br><u>SKYLINERS DISTRIBUTING, INC.</u><br>John F. Eberhardt<br>Foulston, Siefkin, Powers & Eberhardt<br>700 Fourth Financial Center<br>Wichita, Kansas  67202<br><br>A.F. LIQUIDATING, INC.<br><u>BUSINESS AIRCRAFT DISTRIBUTORS, INC.</u><br><br>Paul L. Wickens<br>Jackson & Sherman<br>820 Home Savings Building<br>Kansas City, Missouri  64106 | |

| Plaintiff | Defendant |
|---|---|

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

MDL-153 -- IN RE HOME STAKE PRODUCTION COMPANY SECURITIES LITIGATION

*See Service List - 11/1/73*

| No. | Plaintiff | Defendant |
|---|---|---|
| | HOME STAKE PRODUCTION COMPANY<br>HOME STAKE 1965 PROGRAM OPERATING CORP.<br>HOME STAKE 1966 PROGRAM OPERATING CORP.<br>HOME STAKE 1967 PROGRAM OPERATING CORP.<br>HOME STAKE 1968 PROGRAM OPERATING CORP.<br>HOME STAKE 1969 PROGRAM OPERATING CORP.<br>HOME STAKE 1970 PROGRAM OPERATING CORP.<br>HOME STAKE 1971 PROGRAM OPERATING CORP.<br>Thomas A. Landrith, Jr., Esquire<br>Suite 203, Thurston National Bldg.<br>6 East Fifth Street<br>Tulsa, Oklahoma 74103<br><br>David W. Holden, Esquire<br>2700 Fourth National Bank Bldg.<br>Tulsa, Oklahoma 74119<br><br>Mrs. Mary Walters<br>Post Office Box 568<br>Albuquerque, New Mexico 87103<br><br>Holliman, Langholz, Runnels & Dorwart<br>4th National Building<br>Tulsa, Oklahoma 74119<br><br>William O. Marchiondo, Esquire<br>McAtee, Marchiondo & Michael<br>315 Fifth Street, N.W.<br>Albuquerque, New Mexico 87103<br><br>Pryor, Braun, Cashman & Sherman<br>410 Park Avenue<br>New York, New York 10022<br><br>McFarland, Kuchins & Jackson<br>155 Montgomery Street<br>San Francisco, California<br><br>*Gene L. Mortensen*<br>*Rosenstein, Fist & Ringold*<br>*300 McFarlin Bldg.*<br>*Tulsa, Okla. 74103* | H. L. FITZGERALD<br>Fedlman, Waldman & Kline<br>2700 Russ Building<br>235 Montgomery Street<br>San Francisco, California<br><br>NORMAN C. CROSS, JR.<br>Farela, Braun & Martel<br>235 Montgomery Street<br>San Francisco, California<br><br>*United California Bank*<br>EDWIN W. HALVORSON           PHILLIP E. SVEC<br>MARGARET A. HALVORSON      J. HART LYON<br>TERRY S. HERST             PAUL J. SEEGER<br>HAROLD M. HECHT            HILTON H. WISSMAN<br>ERNEST C. HILLMAN, JR.     RICHARD D. DeLAUER<br>WILLIAM W. GREGORY         ROBERT W. BROWN<br>BARBARA L. GREGORY         JOHN L. GWINN<br>MAX J. SEYSTER            PATRICIA R. GWINN<br>HELEN E. SEYSTER          A. N. LAKES<br>SABIN P. STURTEVANT<br>Phillips Breckinridge, Esquire<br>Jack Givens, Esquire<br>Fourth National Building<br>Tulsa, Oklahoma 74119<br><br>JUDSON L. STREICHER, ET AL. (A-2)<br>R. Dobie Langenkamp, Esquire<br>Michael Lewis<br>1200 Atlas Life Building<br>Tulsa, Oklahoma 74103<br><br>Phillips Breckinridge, Esquire<br>(Address as Above)<br><br>THOMAS A. LANDRITH, JR.<br>ROBERT S. TRIPPET<br>Thomas A. Landrith, Jr., Esquire<br>(Address as Above) |

| No. | ~~Plaintiff~~ | Defendant |
|---|---|---|
| | UNITED CALIFORNIA BANK, ET AL. (A-3)<br>Jack R. Givens, Esquire<br>    (Address as Above) | ROBERT S. TRIPPET<br>  James C. Lang, Esquire<br>  Sneed, Lang & Trotter<br>  411 Thurston National Bldg.<br>  Tulsa, Oklahoma  74103 |
| | IVAN A. ANIXTER, ET AL. (A-4)<br>Broad, Khourie & Schulz<br>One California St., Suite 1450<br>San Francisco, California  94111 | THOMAS A. LANDRITH<br>H. B. GUTELIUS<br>J. D. METCALFE<br>E. M. KUNKEL |
| | THE CHASE MANHATTAN BANK, ETC. (A-5)<br>Dillon and O'Brien<br>535 Fifth Avenue (at 44th St.)<br>New York, New York  10017 | Thomas A. Landrith, Jr., Esquire<br>Suite 203, Thurston National Bldg.<br>6 East Fifth Street<br>Tulsa, Oklahoma  74103 |
| | E. M. KUNKEL<br>c/o Home-Stake Production Co.<br>Philtower Building<br>Tulsa, Oklahoma  74103 | |
| | J. D. METCALFE<br>c/o Home-Stake Production Co.<br>Philtower Building<br>Tulsa, Oklahoma  74103 | |
| | H. B. GUTELIUS<br>c/o Home-Stake Production Co.<br>Philtower Building<br>Tulsa, Oklahoma  74103 | |
| | LELAND L. LEACHMAN, ET AL. (A-6)<br>Peter Van N. Lockwood, Esq.<br>Philip T. Lacy, Esquire<br>1101 17th St. N.W.<br>Washington, D. C.  20036 | |
| | KEPLINGER AND ASSOCIATES, INC. (A-6)<br>William G. Paul, Esq.<br>1700 Liberty Tower<br>100 Broadway<br>Oklahoma City, Oklahoma  73102 | |
| | SECURITIES AND EXCHANGE COMMISISION (A-6)<br>Robert F. Watson, Esq.<br>Securities and Exchange Commission<br>503 United States Courthouse<br>Fort Worth, Texas  76102 | |

*William G. Winckler, Esq.* (margin annotation)

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

DOCKET NO. 123 -- IN RE CESSNA AIRCRAFT DISTRIBUTORSHIP ANTITRUST LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Edward A. McConwell, Esquire<br>6811 W. 63rd St., Suite 101<br>Cloverleaf One Building<br>Shawnee Mission, Kansas  66202<br>(Movant - 913-262-0606) | CESSNA FINANCE CORPORATION<br>PENNANT AVIATION, INC.<br>~~DWANE WALLACE     EDWARD D. CHASE~~<br>ROBERT P. BAUER<br>~~HAROLD CORRELL~~<br>CESSNA AIRCRAFT<br>DELBERT L. ROSKAM  Karl F Schmidt<br>  Morrison, Hecker, Cozad,<br>  Morrison & Curtis<br>  1701 Bryant Building<br>  Kansas City, Missouri  64106<br><br>  McAnany, Van Cleve & Phillips<br>  6th Floor<br>  Commercial National Bank Bldg.<br>  Kansas City, Kansas  66101<br><br>  Kirkland & Ellis<br>  Prudential Plaza<br>  Chicago, Illinois  60601<br><br>L.W. HUNT<br>AIRFLITE, INC. SOUTH<br>AIRFLITE, INC. NORTH<br>  Edwin Frosch<br>  Flint & McKay<br>  626 Wilshire Boulevard<br>  Los Angeles, Calif.  90017<br><br>CAPITOL AVIATION, INC.<br>  Robert J Hearon, JR<br>  Graves, Dougherty, Gee<br>  Hearon, Moody & Garwood<br>  204 Austin National Bank Bldg.<br>  Austin Texas  78701<br><br>FLORIDA AIRCRAFT DISTRIBUTORS, INC.<br>  Samuel Weisbard, Esq<br>  McDermott, Will & Emery<br>  111 W. Monroe Street<br>  Chicago, Illinois  60603<br><br>SKYWAYS, INC.<br>  W. Donald McSweeney<br>  Schiff, Hardin, Waite,<br>  Dorschel & Britton<br>  ~~Room 1705~~<br>  231 South LaSalle Street<br>  Chicago, Illinois  60604 |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
|     |           | MIL WALSTON<br>WALSTON AVIATION SALES, INC.<br>SOUTHAIRE, INC.<br>AVIATION ACTIVITIES, INC.<br><br>    Russell Swarthout<br>    8900 W. Jefferson<br>    Detroit, Michigan   48214<br><br>OMAHA AIRPLANE SUPPLY, INC.<br>DAD, INC.<br>VINCENT DESCOISE, JR.<br>SKYHARBOR AIR SERVICE, INC.<br>    Carl C. Enggas<br>    Watson, Ess, Marshall<br>      & Enggas<br>    1500 Home Savings Bldg.<br>    1006 Grand Avenue<br>    Kansas City, Missouri 64106<br><br>FLORIDA AIRCRAFT DISTRIBUTORS, INC.<br>AIRFLITE, INC.<br>SKYWAYS, INC.<br>L. W. HUNT<br>CAPITOL AVIATION, INC.<br><br>    Weeks, Thomas, Lysaught<br>    Bingham & Johnston<br>    Chartered Home State Bank Bldg.<br>    Kansas City, Kansas   66101 |
| B-1 | Same as A-1 & A-2 def<br>   (Morrison, Hecker, Cozad, Morrison<br>   & Curtis) | Same as A-2 & A-2 (pltf -- McConwell)<br><br>FRANK TERRY WHITE<br>44 West Concord Street<br>Kansas City, Missouri<br><br><br>Mr. Michael Ford<br>Vice-Preisent<br>Skyways Aircredit Corporation<br>4273 Taylor Avenue<br>Ogden, Utah   84401<br><br>A. F. LIQUIDATING, INC.<br>   Don M. Jackson, Esquire<br>   Jackson & Sherman<br>   820 Home Savings Building<br>   1006 Grand Avenue<br>   Kansas City, Missouri   64106 |

p. 1

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 123 -- CESSNA AIRCRAFT DISTRIBUTORSHIP ANTITRUST LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Delbert L. Roskam ✓ | A-1 |
| Florida Aircraft Distributors, Inc. ✓ | A-1 |
| Airflite Inc. South ✓ | A-1  C-1 |
| L. W. Hunt ✓ | A-1 |
| Skyways, Inc. ✓ | A-1  C-1 |
| Capitol Aviation, Inc. ✓ | A-1 |
| Dwane L. Wallace ✗ | A-1 |
| Robert P. Bauer ✗ | A-1 |
| Edward D. Chase ✗ | A-1 |
| Airflite Inc. North ✗ | A-1  C-1 |

| | |
|---|---|
| A. F. Liquidating Co., Inc. ✗ | A-1 C-1 |
| Skyways Aircredit Corp. ✗ | A-1 C-1 |
| Modern Aircraft Distributors, Inc. ✗ | A-1 |
| Business Aircraft Distributors ✗ | A-1 C-1 |
| Mountain Aircraft Distributors, Inc. ✗ | A-1 C-1 |
| Sun Air Electronics, Inc. ✗ | A-1 |
| Pennant Aviation, Inc. ✗ | A-1 |
| Skyharbor Air Service Inc. ✗ | A-1 C-1 |
| Omaha Airplane Supply Inc. ✗ | A-1 C-1 |
| THE CESSNA AIRCRAFT CO. ✓ | A-2 |
| DAD, Inc. ✓ | A-2 C-1 |

p. 3

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 123 -- CESSNA AIRCRAFT DISTRIBUTORSHIP ANTITRUST LITIGATION

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Vincent deScoise, Jr. | A-2 C-1 |
| Skyliners Distributing, Inc. | A-2 C-1 *not served* |
| Harold Gorrell | A-2 |
| MIL WALSTON | A-2 C-1 |
| Walston Aviation Sales, Inc. | A-2 C-1 |
| Southaire, Inc. | A-2 C-1 |
| Aviation Activities, Inc. | A-2 C-1 |
| | |
| | |
| | |